In the Matter of the Acquisition of Real Property by the VILLAGE OF SARANAC LAKE, Respondent; WAYNE BUJOLD et al., Appellants, et al., Respondents. (And 10 Other Related Proceedings.)

Submitted July 16, 2012; decided September 11, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution.

MAHMOUD DIARASSOUBA, Respondent, v SPENCER LUBIN et al., Appellants.

Submitted July 2, 2012; decided September 13, 2012

Motion for leave to appeal dismissed as untimely (see CPLR 5513 [b]).

EAST MIDTOWN PLAZA HOUSING COMPANY, INC., Appellant, v ANDREW M. CUOMO, as Attorney General of the State of New York, et al., Respondents. EAST MIDTOWN PLAZA TENANT-COOPERATOR ASSOCIATION, Intervenor-Appellant; EAST MIDTOWN PLAZA MITCHELL-LAMA ORGANIZATION, Intervenor-Respondent.

Submitted September 10, 2012; decided September 13, 2012

Motion by Cooperators United for Mitchell-Lama et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.